IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANA DEFILLIPIS, | : |
| Plaintiff, | : |
| v. | : 3:14-CV-00115 |
| | : (Judge Mariani) |
| DELL FINANCIAL SERVICES, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 22ND DAY OF AUGUST, 2014**, upon consideration of Defendants' Motion to Dismiss or to Stay Proceedings and Compel Arbitration (Doc. 4), **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion (Doc. 4) is **DENIED WITHOUT PREJUDICE** to be refiled as a Motion for Summary Judgment requesting that the proceedings be stayed and arbitration be compelled, following the close of limited discovery.

2. The parties shall have **NINETY (90) DAYS** from the date of this Order in which to conduct limited discovery on the subjects identified in the Court's accompanying Memorandum Opinion.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge