IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHANA DEFILLIPIS, :
:
Plaintiff, :
:
v. : 3:14-CV-00115
: (JUDGE MARIANI)
DELL FINANCIAL SERVICES, et al., :
:
Defendants. :

## ORDER

AND NOW, THIS _29th_ DAY OF _January_, 2016, IT IS HEREBY ORDERED THAT:

1. Defendant's Motion for Summary Judgment (Doc. 31) is **GRANTED**.

2. The parties are **COMPELLED** to arbitrate their claims, as required by Plaintiff's agreement with the Defendant.

3. All proceedings in this federal judicial action are **STAYED** pending the outcome of arbitration. The parties shall file a joint status report upon conclusion of arbitration to inform the Court whether any issues remain for our disposition.

Robert D. Mariani
United States District Judge