UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANA DEFILLIPIS, | : |
| Plaintiff | : CIVIL ACTION NO.<br>: 3:14-cv-115 |
| v. | : |
| | : (Judge Robert D. Mariani) |
| DELL FINANCIAL SERVICES et al., | : |
| Defendant. | : |

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

Plaintiff, Shana Defilippis ("Plaintiff"), and Defendant, Dell Financial Services, LLC ("Defendant," and together with Plaintiff, the "Parties"), hereby jointly move pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismiss this case with prejudice. All parties shall be responsible for their own fees and costs.

Dated: 3/11/16                                Respectfully submitted,

/s/ Joseph T. Sucec, Esq.                     /s/ Kimball R. Anderson
Joseph T. Sucec                               Kimball R. Anderson (*pro hac vice*)
325 Peach Glen-Idaville Road                  Winston & Strawn LLP
Gardners, PA 17324                            35 W. Wacker Drive
Tel: 717.315.2359                             Chicago, IL 60601-9703
joesucec@comcast.net                          Tel: 312.558.5600
                                              kanderson@winston.com

*Attorney for Plaintiff*                      *Attorney for Appellee*
*Shana Defilippis*                            *Dell Financial Services, LLC*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANA DEFILLIPIS, | : |
| Plaintiff | : CIVIL ACTION NO. |
| | : 3:14-cv-115 |
| v. | : |
| | : (Judge Robert D. Mariani) |
| DELL FINANCIAL SERVICES et al., | : |
| Defendant. | : |

## ORDER

AND NOW, this ____ day of _____, 2016, upon consideration of the Joint Motion To Dismiss With Prejudice, it is hereby ORDERED that said motion is GRANTED and that this case, including all claims asserted by Plaintiff, will be dismissed with prejudice.

Dated: _____        BY THE COURT:

                            _____
                            Robert D. Mariani
                            United States District Judge